UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -                    ORDER

WILLIAM LARA,                  S2 07 Cr. 1156
JOSE ANGELO GUTIERREZ,
    a/k/a "El Negro,"
ALEXANDER OBANDO SALAZAR,
    a/k/a "Primo,"
JOSE HEBERTO ALVAREZ DENIS,
    a/k/a "Gordo,"
WILL ALBERTO ALVAREZ DENIS,
GERMAN EDUARDO LOPEZ DAZA, and
GUSTAVO ADOLFO GRANADA BERNAT,

                Defendants.

- - - - - - - - - - - - - - - - x

        Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Parvin Moyne;

        It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

        ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
       June 23, 2008

                                      _____
                                      UNITED STATE MAGISTRATE JUDGE
                                      HENRY PITMAN
                                      United States Magistrate Judge
                                      Southern District of New York